Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−14882−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robin Franklin − Isom                      Robert Isom
   344 Long Ave                                  344 Long Ave
   Hillside, NJ 07205                           Hillside, NJ 07205

Social Security No.:
   xxx−xx−3331                                    xxx−xx−2888

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on December 7, 2021.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 7, 2021
JAN: zlh

                                                                                                       Jeanne Naughton
                                                                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-14882-JKS
Robin Franklin - Isom  Chapter 13
Robert Isom
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3
Date Rcvd: Dec 07, 2021  Form ID: 148  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robin Franklin - Isom, Robert Isom, 344 Long Ave, Hillside, NJ 07205-2041 |
| cr | + | BANK OF AMERICA, N.A.,, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | ++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300 address filed with court:, Daimler Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75247 |
| cr | + | Nationstar Mortgage LLC, Attn: Kawana Buggs VP, 8950 Cypress Water Blvd., Coppell, TX 75019-4620 |
| cr | | Nissan Motor Acceptance Corp., PO Box 660366, Dallas, TX 75266-0366 |
| 516698025 | + | Child Support Enf Ag/NC, Nc Child Support Enforcement, Po Box 20800, Raleigh, NC 27619-0800 |
| 516698026 | ++ | FIRST JERSEY CREDIT UNION, ONE CORPORATE DRIVE, WAYNE NJ 07470-3112 address filed with court:, First Jersey Cu, 245 Diamond Bridge Ave, Hawthorne, NJ 07506 |
| 519109791 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519109792 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 516733894 | ++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300 address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 516698027 | ++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300 address filed with court:, Mercedes-Benz Financial, Po Box 685, Roanole, TX 76262 |
| 516698028 | + | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 516947228 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9741 |
| 516698029 | | Nationstar Mortgage, P.O. Box 60516, City of Industry, CA 91716-0516 |
| 519296901 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519296902 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516721526 | | Nissan, POB 660366, Dallas, TX 75266-0366 |
| 516698030 | + | Nmac, Po Box 660360, Dallas, TX 75266-0360 |
| 516828921 | + | US Dept of Education/MOHELA, 633 Spirit Dr, Chesterfield, MO 63005-1243 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 07 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 07 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: MERCEDES | Dec 08 2021 01:33:00 | Daimler Trust, P.O. Box 562088, Suite 900 North, Dallas, TX 75247 |
| 516698022 | + | EDI: AMEREXPR.COM | Dec 08 2021 01:33:00 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516786212 | | EDI: BANKAMER.COM | Dec 08 2021 01:23:00 | BANK OF AMERICA, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 516698023 | + | EDI: BANKAMER.COM | Dec 08 2021 01:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 148 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | | Greensboro, NC 27420-6012 |
| 516698024 | + EDI: CAPITALONE.COM | | Dec 08 2021 01:33:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516817949 | Email/PDF: resurgentbknotifications@resurgent.com | | Dec 07 2021 20:33:34 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516733894 | EDI: MERCEDES | | Dec 08 2021 01:33:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 516698027 | EDI: MERCEDES | | Dec 08 2021 01:33:00 | Mercedes-Benz Financial, Po Box 685, Roanole, TX 76262 |
| 516896370 | + EDI: MID8.COM | | Dec 08 2021 01:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 516700509 | + EDI: RMSC.COM | | Dec 08 2021 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516698031 | + EDI: RMSC.COM | | Dec 08 2021 01:33:00 | Synchrony Bank/Amazon, Po Box 965064, Orlando, FL 32896-5064 |
| 516698032 | + EDI: RMSC.COM | | Dec 08 2021 01:33:00 | Synchrony Bank/Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 516955255 | Email/Text: bankruptcy@usalliance.org | | Dec 07 2021 20:30:00 | First Jersey Credit Union, One Corporate Drive, Wayne, NJ 07470-3106 |
| 516866047 | + EDI: AIS.COM | | Dec 08 2021 01:33:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516698033 | + Email/Text: bankruptcydept@wyn.com | | Dec 07 2021 20:30:00 | Wyndham Vacation Own, 10750 W Charleston Blvd, Las Vegas, NV 89135-1049 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | MERCEDES BENZ FINANCIAL SERVICES USA LLC, BANKRUPTCY TEAM, 14372 HERITAGE PARKWAY, FORT WORTH TX 76177-3300, address filed with court:, Daimler Trust c/o BK Servicing LLC, PO Box 131265, Roseville, MN 55113-0011 |
| cr | *+ | Nissan Motor Acceptance Corporation, PO Box 660366, Dallas, TX 75266-0366 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021         Signature:    /s/Joseph Speetjens

Case 17-14882-JKS    Doc 167    Filed 12/09/21    Entered 12/10/21 00:13:49    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 148 | Total Noticed: 33 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor BANK OF AMERICA N.A., bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Goldman Sachs Mortgage Company dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Nationstar Mortgage LLC ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corp. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC dba Mr. Cooper mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Todd S Cushner | on behalf of Debtor Robin Franklin - Isom todd@cushnerlegal.com angela@cushnerlegal.com;jrufo@cushnerlegal.com;Rebecca@cushnerlegal.com |
| Todd S Cushner | on behalf of Joint Debtor Robert Isom todd@cushnerlegal.com angela@cushnerlegal.com;jrufo@cushnerlegal.com;Rebecca@cushnerlegal.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12