<table>
<tr><td>

**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

</td></tr>
</table>

<table>
<tr><td>

**IN RE:**

**ROBIN FRANKLIN - ISOM**
**ROBERT ISOM,**

                    **Debtors**

</td><td>

**Case No.:  17-14882 JKS**

</td></tr>
</table>

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $17.40, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information .

Payee Name & Address:   FIRST JERSEY CREDIT UNION
                        ONE CORPORATE DR
                        WAYNE, NJ  07470

Amount:                 $17.40

Trustee Claim Number:   5

Court Claim Number:     10

Reason:                  Not Cashing

                                         By:   /S/  Marie-Ann Greenberg

Dated:  February 14, 2022                      MARIE-ANN GREENBERG
                                               CHAPTER 13 STANDING TRUSTEE