**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

**ROBIN FRANKLIN - ISOM**                                    **Case No.:  17-14882 JKS**
**ROBERT ISOM,**

                                    **Debtors**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $25.46, payable to the Clerk, United States Bankruptcy Court.  The party entitled to said funds is listed below together with the last known address and other additional information .

Payee Name & Address:      FIRST JERSEY CREDIT UNION
                           ONE CORPORATE DR
                           WAYNE, NJ  07470

Amount:                    $25.46

Trustee Claim Number:      5

Court Claim Number:        10

Reason:                     Not Cashing

                                          By:   /S/  Marie-Ann Greenberg
Dated:  May 16, 2022                            MARIE-ANN GREENBERG
                                                CHAPTER 13 STANDING TRUSTEE